# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:15 cr 10

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| GLENN JOSEPH McCOY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion to Release the Defendant from Medical Custody and Motion for Writ of Habeas Corpus pursuant to 28 USC §2242 (#21) filed by counsel for Defendant. The Government will be directed to respond in writing to the motion of Defendant.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Government is to respond to the Motion to Release the Defendant from Medical Custody and Motion for Writ of Habeas Corpus (#21) on or before **October 1, 2015.**

Signed: September 22, 2015

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge

1