# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:15 cr 10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs.                        ) | ORDER |
| ) | |
| GLENN JOSEPH McCOY,        ) | |
| ) | |
| **Defendant.**             ) | |
| _____ ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion for Release From Detention Pursuant to 18 USC §§ 3141, 3142 (#35) filed by counsel for Defendant.  After hearing of the motion and conducting a detention hearing, the motion was allowed as set forth in the terms and conditions of pretrial release until Defendant has been examined as set forth in the Order (#30) of this Court filed on January 6, 2016.  After the examination of the Defendant has been completed, the undersigned will schedule a detention hearing to determine whether or not the Defendant can be continued to be released on terms and conditions of pretrial release.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion for Release From Detention Pursuant to 18 U.S.C. §§ 3141, 3142 (#35) is **ALLOWED** and Defendant is ordered to be released on terms and conditions of pretrial release until the

examination of the Defendant has been completed.

Signed: March 7, 2016

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge