

**U. S. DEPARTMENT OF JUSTICE**
FEDERAL BUREAU OF PRISONS
FEDERAL MEDICAL CENTER

P. O. Box 1600
Butner, North Carolina 27509-1600
(919) 575-3900

March 22, 2016

The Honorable Dennis L. Howell
United States District Court
302 U. S. Courthouse
100 Otis Street
Asheville, North Carolina 28801

RE: MCCOY, Glen Joseph
Register Number: 15669-058
Docket Number: 1:15-cr-00010-MR-DLH-1

FILED
ASHEVILLE, N.C.

APR -1 2016

U.S. DISTRICT COURT
W. DIST. OF N.C.

Dear Judge Howell:

The above-referenced individual was admitted to the Mental Health Unit of FMC-Butner on March 14, 2016, pursuant to the provisions of Title 18, United States Code, Section 4246.

Currently, the assigned Treatment Team members are conducting interviews and psychological testing, which are necessary to complete his evaluation. In order to provide the Court with a comprehensive evaluation, I respectfully request that his evaluation period begin on the day of his arrival and be extended for an additional 30 days. If this request is granted, the evaluation period will end on April 27, 2016. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 working days of the end date. If you concur, please forward a signed copy of this letter or the amended Order via fax to (919) 575-4866 to the attention of Inmate Systems Management. In addition, please send a certified copy to the Records Office at FMC Butner.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact Ms. Kelly Forbes, Health Systems Specialist, extension 6030.

Respectfully,

J. C. Holland
Complex Warden

GRANTED/DENIED (Circle One)

Signature: _____  DATE: April 1, 2016
Magistrate Judge Dennis L. Howell

cc: John D. Pritchard, Assistant United States Attorney
    Jason E. B. Smith, Tribal Prosecutor Eastern Band of Cherokee Indians
    Russell L. McLean, III, Defense Attorney