# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:15-cr-00010-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GLEN JOSEPH McCOY, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 52]. The Defendant consents to the Motion. [Doc. 53].

Upon review of the Government's motion,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 52] is **GRANTED**, and the Bill of Indictment in the above-captioned case is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to provide copies of this Order to counsel for the Government, counsel for the Defendant, the U.S. Marshals Service, and the U.S. Probation Office.

Signed: June 17, 2016

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge